THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JOSEPH CROSS, Petitioner-Appellant.

(No. 61015;

First District (2nd Division)—May 13, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Leonard V. Solomon, Assistant Public Defender, of counsel), for appellant.

No appearance for the People.